**Kenneth A. Reed [sbn 133567]**
**404 West Fourth Street**
**Suite C**
**Santa Ana, CA 92701**
**(714) 953-7400**
**(714) 953-7412**
**kar_crimlaw@sbcglobal.net**

**Attorneys for Defendant**
**Don Van Nguyen**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No.: SACR 07-156-AG |
|---|---|
| Plaintiff, | **ORDER CONTINUING SENTENCING** |
| vs. | |
| Don Van Nguyen, | |
| Defendants. | |

Good Cause Having Been Shown, It is hereby Ordered that the Sentencing date of Don Van Nguyen, currently set for August 18, 2008 is continued to November 17, 2008 at 3:00 pm. Defendant is ordered to be present in court on that date.

DATE: August 15, 2008

_____

**Honorable Andrew J. Guilford**
**Judge of the United States**
**District Court**

US v.Nguyen    STIPULATION TO CONTINUE SENTENCING    SA-CR 07-156-AG    1